## Commonwealth *v.* Aragona, Appellant.

Submitted September 12, 1969. *Frank Aragona,* appellant, in propria persona; *William T. Nicholas, Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Crump, Appellant.

Submitted September 15, 1969. *Michael F. Walsh,* and *O'Halloran, Stack & Smith,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.